was harmless, and we affirm the Board's ultimate decision on the Pressman-Kassakian combination.

CONCLUSION

The decision of the Board is *affirmed*.

**AFFIRMED**

COSTS

No costs.

DELPHIX CORP., Appellant

v.

Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor

2016-2063, 2016-2064, 2016-2065, 2016-2069

United States Court of Appeals, Federal Circuit.

December 12, 2017

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellant. Also represented by SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, PHILLIP JOHN HAACK, San Francisco, CA.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, BRIAN RACILLA, COKE MORGAN STEWART.

(Prost, Chief Judge, Lourie and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

DELPHIX CORP., Appellant

v.

Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor

2016-2067, 2016-2068

United States Court of Appeals, Federal Circuit.

December 12, 2017

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellant. Also represented by SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, PHILLIP JOHN HAACK, San Francisco, CA.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, COKE MORGAN STEWART.

(Prost, Chief Judge, Lourie and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### DELPHIX CORP., Appellant

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

2016-2072

United States Court of Appeals, Federal Circuit.

December 12, 2017

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellant. Also represented by SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, PHILLIP JOHN HAACK, San Francisco, CA.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, COKE MORGAN STEWART.

(Prost, Chief Judge, Lourie and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### DAIICHI SANKYO COMPANY, LTD., UBE Industries Ltd., Appellants

v.

**ACCORD HEALTHCARE INC., USA, Accord Healthcare, Inc., Intas Pharmaceuticals Ltd., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. India Pvt. Ltd., Apotex Corp., Apotex Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Panacea Biotec Ltd., Sun**